**No. 51949.**—Traders Distributing Co. et al. v. United States, protests 119785–K, etc. (San Francisco).

Opinion by JOHNSON, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the value of the contents of each of the barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

**No. 51950.**—Siegfried Lowenthal Co. v. United States, protests 109710–K, etc. (Cleveland).

Opinion by JOHNSON, J. At the trial counsel for the Government moved to dismiss the protests upon the ground that the affidavits required by the statute were not filed within the time prescribed by law. The filing of an affidavit within 15 days after the delivery of the merchandise is a condition imposed by the statute to be complied with by the importer before the collector is authorized to make an allowance in duties. It was held that a failure on the part of the importer to meet the condition does not affect the validity of the protests. (Abstract 38332 cited.) The motion to dismiss was therefore denied. Inasmuch, however, as the statute specifically prohibits any allowance, constructive or otherwise, for loss of liquors caused by breakage, leakage, or damage, except when an affidavit is filed within the time prescribed, the court was unable to grant any relief. The protest was therefore overruled.

**No. 51951.**—Cedar Valley Distillery, Inc. v. United States, protest 119069–K (Cleveland).

Opinion by JOHNSON, J. Inasmuch as the protest herein was not filed within the prescribed time, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.

**No. 51952.**—F. H. Paul & Stein Bros. v. United States, protest 123240–K/12797 (New Orleans).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.